19-20494  CCS:CS:css
ATTORNEYS FOR PLAINTIFF, THE CINCINNATI INSURANCE COMPANY.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CASE NO. 5:19-CV-00137**            **HON. JOSEPH M. HOOD**

**THE CINCINNATI INSURANCE COMPANY**        **PLAINTIFF,**

**v.**

**CLARENCE J. MICHEL, JR., et al.**            **DEFENDANTS.**

## ORDER

This matter is before the Court on the Plaintiff's Motion for Order Directing Payment of Policy Proceeds for Deposit into Court Registry, and the Court being in all ways sufficiently advised, it is hereby Ordered and Adjudged as follows:

1. Plaintiff's Motion is hereby granted and on or before ten (10) days from the entry of this Order, the Plaintiff shall deliver to the Clerk of Court for the Eastern District of Kentucky payment of Seven Hundred Thirty-Nine Thousand Seven Hundred Fifty Nine and 44/100 dollars ($739,759.44), representing the insurance policy proceeds available pursuant to Plaintiff's policy bearing number H01 0886754 issued on behalf of its insureds, Clarence and Jamie Michel for the subject fire loss.  The Clerk of Court is authorized to accept this sum from the Plaintiff and to deposit these funds into the Registry of the Court where they shall remain pending further Court Order.

2. It is further Ordered that at such time as the Plaintiff makes deposit of the stake into the Registry of this Court, all Defendants shall be restrained from initiating, instituting or

prosecuting any proceeding in any state or United States Court against the Seven Hundred Thirty-Nine Thousand Seven Hundred and Fifty Nine and 44/100 dollars ($739,759.44) in insurance coverage proceeds pursuant to Plaintiff's Policy Number H01 0886754.

3. It is further Ordered that Plaintiff is hereby discharged and dismissed from this action.

4. It is further Ordered and Adjudged that Plaintiff is awarded its reasonable costs and attorney's fees expended in bringing this action.

5. It is further Ordered and Adjudged that this Order shall apply respectively to any individuals, estates, or entities who are appropriately added to this action as Defendants.

IT IS SO ORDERED this ___ day of _____, 2019.

_____
Honorable Joseph M. Hood

Copies to All Parties