```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | Case No. 5:19-cv-137-JMH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CLARENCE J. MICHEL, JR, *et al.*, | ) ) ) | |
| Defendant. | | |

\*\*\*

This matter is before the Court on the Plaintiff, The Cincinnati Insurance Company's Motion for Order Directing Payment of Policy Proceeds for Deposit into Court Registry [DE 6], and the Court being in all ways sufficiently advised, it is hereby **GRANTED**, and it is hereby **ORDERED** as follows:

1) Plaintiff's Motion [DE 6] be, and is hereby, **GRANTED** and on or before (10) days from the entry of this Order, the Plaintiff shall deliver to the Clerk of Court for the Eastern District of Kentucky payment of $739,759.44, representing the insurance policy proceeds available pursuant to Plaintiff's policy bearing number H01 0886754 issued on behalf of its insureds, Clarence and Jamie Michel for the subject fire loss;

2) That the Clerk of Court **BE AUTHORIZED** to accept this sum from the Plaintiff and to deposit these funds into the Registry of the Court where they shall remain pending further Court order;

3) That at such time as the Plaintiff makes deposit of the stake into the Registry of this Court, all Defendants **SHALL** be restrained from initiating, instituting, or prosecuting any proceeding in any state or United States Court against the $739,759.44 in insurance coverage proceeds pursuant to Plaintiff's Policy Number H01 00886754;

4) That Plaintiff is hereby **DISCHARGED** and **DISMISSED** from this action; and

5) That this Order **SHALL APPLY** respectively to any individuals, estates, or entities who are appropriately added to this action as defendants.

This the 11th day of April, 2019.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge