UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:19-cv-137-JMH

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | Case No. 5:19-cv-137-JMH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT** |
| CLARENCE J. MICHEL, JR., *et al.*, | ) ) ) | |
| Defendants. | ) | |

\*\*\*

It appearing that the Complaint was filed in this case on April 2, 2019; that the summons and Complaint were duly served upon each of the Defendants listed below, and no answer or other proper pleading has been filed by said Defendants as required by law:

i. Kentucky Department of Revenue, Division of Collections;

ii. All American Painting, LLC;

iii. Wells Fargo Bank, National Association;

iv. Second Chance Funding, LLC;

v. HOP Capital;

vi. United States of America, Internal Revenue Service

Therefore, upon request of Interpleader-Defendant, PBK Bank, Inc., default is hereby entered against the Defendants listed above, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 12th day of August 2019.

                                                     s\ David R. Hunter
                                           DEPUTY CLERK, U.S. DISTRICT COURT,
                                           EASTERN DISTRICT OF KENTUCKY