UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>   PLAINTIFF,<br><br>v.<br><br>CLARENCE J. MICHEL, JR., *et al*.,<br><br>   DEFENDANTS. | CIVIL ACTION NO. 5:19-CV-137-JMH<br><br>*Electronically Filed* |

**DEFENDANT WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wells Fargo Bank, N.A., makes the following disclosures:

(i)   Wells Fargo Bank, N.A. is a national banking association organized under the laws of the United States, and is a wholly-owned subsidiary of Wells Fargo & Company.

(ii)   Wells Fargo & Company is the parent corporation of Wells Fargo Bank, N.A. Wells Fargo & Company is a publicly-traded corporation organized under the laws of Delaware. No other publicly held corporation owns 10% or more of Wells Fargo's stock.

*/s/ Neal Bailen*
Neal Bailen, Bar No. 91838
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email:  nbailen@stites.com

COUNSEL FOR DEFENDANT,
WELLS FARGO BANK, N.A.

- 2 -

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, I served the foregoing document on all counsel of record through CM/ECF.

*/s/ Neal Bailen*
Neal Bailen

186144:2