UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>       PLAINTIFF,<br><br>v.<br><br>CLARENCE J. MICHEL, JR., *et al.*,<br><br>       DEFENDANTS. | CIVIL ACTION NO. 5:19-CV-137-JMH<br><br>*Electronically Filed* |

### WELLS FARGO BANK, N.A.'S UNOPPOSED MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, moves the Court to set aside the August 12, 2019 Entry of Default as to Wells Fargo. [D.E. 19]. In support of its motion, Wells Fargo states:

1. Interpleader Plaintiff filed this interpleader action to determine the proper parties to receive proceeds from an insurance policy. [D.E. 1].

2. Wells Fargo, PBK Bank Inc., and sixteen others were named as defendants in the interpleader action.

3. Interpleader Plaintiff was subsequently discharged and dismissed from this action. [D.E. 8].

4. On July 23, 2019, Defendant PBK Bank moved the Clerk of the Court to enter a default judgment against Wells Fargo and several other co-defendants. [D.E. 16].

5. The Clerk denied PBK's request for an Entry of Default [D.E. 17] and the Court vacated the Clerk's denial in an Order issued on August 9, 2019. [D.E. 18].

- 2 -

6. The Clerk subsequently issued an Entry of Default against Wells Fargo and other defendants on August 12, 2019. [D.E. 19].

7. Federal Rule of Civil Procedure 55(c) allows an entry of default to be set aside for good cause.

8. Wells Fargo seeks to set aside the Clerk's entry of default so that it may be allowed to file a disclaimer of interest as to any proceeds from the underlying insurance policy issued by plaintiff.

9. PBK Bank does not oppose Wells Fargo's motion to set aside the entry of default.

10. This motion only pertains to the default entered against Wells Fargo and does not seek to set aside the entry of default against any other defendants.

11. Wells Fargo intends to seek dismissal from this lawsuit after it files the disclaimer of interest.

WHEREFORE, Wells Fargo, N.A. requests that the Court set aside the August 12, 2019 Entry of Default against Wells Fargo, and for all other relief which is just and proper.

> */s/ Neal Bailen*
> Neal Bailen, Bar No. 91838
> STITES & HARBISON PLLC
> 400 West Market Street, Suite 1800
> Louisville, KY  40202-3352
> Telephone:  (502) 587-3400
> Email:  nbailen@stites.com
>
> COUNSEL FOR DEFENDANT,
> WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, I served the foregoing document on all counsel of record through CM/ECF.

*/s/ Neal Bailen*
Neal Bailen

186138:1