UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>    PLAINTIFF,<br><br>v.<br><br>CLARENCE J. MICHEL, JR., *et al.*,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 5:19-CV-137-JMH<br><br>*Electronically Filed* |

**DEFENDANT WELLS FARGO BANK, N.A.'S DISCLAIMER OF INTEREST**

Wells Fargo Bank, N.A. ("Wells Fargo") hereby disclaims any right, title, or interest in the policy of insurance issued by Plaintiff for policy period October 29, 2018, through October 29, 2019, bearing policy number H01 0886754 (the "Policy"), any claim on that Policy, including but not limited to claim number 3269108 (the "Claim"), or any insurance proceeds already issued or to be issued in connection with that Policy and/or Claim for damage to the real property which is the subject of the above-referenced action.

*/s/ Neal Bailen*
Neal Bailen, Bar No. 91838
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email:  nbailen@stites.com

COUNSEL FOR DEFENDANT,
WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

  I certify that on September 5, 2019, I served the foregoing document on all counsel of record through CM/ECF.

                 */s/ Neal Bailen*
                 Neal Bailen

185281:2