UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>v.<br><br>CLARENCE J. MICHEL, JR., *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION NO. 5:19-CV-137-JMH<br><br>*Electronically Filed* |

### MOTION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.

Wells Fargo Bank, N.A., by counsel, requests that it be dismissed as a defendant in this matter on grounds that it filed a disclaimer of interest as to the insurance policy that is the subject of this interpleader action. [D.E. 24].

/s/ Neal Bailen
Neal Bailen, Bar No. 91838
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email:  nbailen@stites.com

COUNSEL FOR DEFENDANT,
WELLS FARGO BANK, N.A.

### CERTIFICATE OF SERVICE

I certify that on September 6, 2019, I served the foregoing document on all counsel of record through CM/ECF.

/s/ Neal Bailen
Neal Bailen

191460:1