UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

THE CINCINNATI INSURANCE COMPANY,

PLAINTIFF,

v.

CLARENCE J. MICHEL, JR., *et al.*,

DEFENDANTS.

CIVIL ACTION NO. 5:19-CV-137-JMH

*Electronically Filed*

## ORDER DISMISSING DEFENDANT WELLS FARGO BANK, N.A.

Defendant, Wells Fargo Bank, N.A., filed its disclaimer of interest [D.E. 24] and motion to be dismissed as a party to this action.

IT IS HEREBY ORDERED THAT Wells Fargo Bank, N.A., is DISMISSED from this action.

This, the 14th day of September, 2019.

Joseph M. Hood
United States District Judge