James E. Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

PHILADELPHIA PA 190

12 NOV 2019 PM 10 L

NOV 1 8 2019

U.S. District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507-1357

40507-131362