**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY )<br>)<br>Plaintiff )<br>vs. )<br>)<br>CLARENCE J. MICHEL, JR. *et. al.* )<br>)<br>Defendant )<br>_____) | **ELECTRONICALLY FILED**<br><br>**Case No. 5:19-CV-137-JMH** |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

Comes W. Scott Stinnett, Lloyd & McDaniel, PLC, 700 N. Hurstbourne Parkway, Suite 200, Louisville, Kentucky 40222, and hereby enters an appearance on behalf of the Defendant, National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union"), and requests that all parties e-mail any notices or pleadings to counsel at the following e-mail address:

sstinnett@lloydmc.com

Dated: November 19, 2019

                                             Respectfully submitted,

                                      /s/   W. Scott Stinnett  #91694_____
                                      W. Scott Stinnett, Esq.
                                      LLOYD & McDANIEL, PLC
                                      P.O. Box 23200
                                      Louisville, KY 40223
                                      sstinnett@lloydmc.com
                                      *Counsel for National Union Fire Insurance*
                                      *Company of Pittsburgh, Pennsylvania*

## **CERTIFICATE OF SERVICE**

    It is hereby certified that a copy of the foregoing was this 19th day of November, 2019 E-mailed through the Court's electronic filing system to all parties who have entered an appearance in this proceeding.

                                              /s/   W. Scott Stinnett  #91694
                                              *Counsel for National Union Fire Insurance*
                                              *Company of Pittsburgh, Pennsylvania*