UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | Civil Action No. 5:19-cv-137-JMH |
| Plaintiff, | ) ) | |
| v. | ) ) | **DISCLAIMER OF INTERST** |
| CLARENCE J. MICHEL, JR., *et al.*, | ) ) | |
| Defendants. | ) | |

\*\*\*

National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union") hereby disclaims any right, title, or interest in the policy of insurance issued by Plaintiff for policy period October 29, 2018, through October 29, 2019, bearing policy number H01 0886754 (the "Policy"), any claim on that Policy, including but not limited to claim number 3269108 (the "Claim"), or any insurance proceeds already issued or to be issued in connection with that Policy and/or Claim for damage to the real property which is the subject of the above-referenced action, including but not limited to all amounts currently held in the Court's Registry in connection with the Civil Action.

/s/ W. Scott Stinnett
W. Scott Stinnett
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, Kentucky 40223-0200
Tel. (502) 585-1880
SStinnett@lloydmc.com
*Counsel for National Union*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclaimer of Interest was served on this the 25th day of November, 2019, via the Court's ECF system on all counsel of record.

/s/ W. Scott Stinnett
Counsel for National Union